Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
### for the
District of

Division

| | |
|---|---|
| Nadia Winston<br><br>Plaintiff(s)<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br><br>-v-<br><br><br>Megan J Brennan Postmaster<br>Defendant(s)    General<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 20-01402<br>*(to be filled in by the Clerk's Office)*<br><br>SECT.GMAG.3<br><br>Jury Trial: *(check one)*  ☐ Yes  ☐ No |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.   The Parties to This Complaint

####    A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Nadia Winston |
| Street Address | 933 E Monterey Ct Apt B |
| City and County | Gretna, Gretna, Jefferson |
| State and Zip Code | Louisiana 70053 |
| Telephone Number | 504-669-4144 |
| E-mail Address | arinae0529@rocketmail.com, winstonnadia30@gmail.com |

####    B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

TENDERED FOR FILING

MAY 08 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Page 1 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Megan J. Brennan, Postmaster General
Postmaster General
2000 Louisiana Ave.
New Orleans, Orleans
Louisiana, 70115

unknown

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Tiffany Perkins
Customer Service Manager
2000 Louisiana Ave
New Orleans, Orleans
Louisiana, 70115
1800-275-8777
n|a

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Renata Thomas
Supervisor
2000 Louisiana Ave.
New Orleans, Orleans
Louisiana, 70115
1-800-275-8777
h|a

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Courtney Forsyth
Customer Service Manager
2000 Louisiana Ave
New Orleans, Orleans
Louisiana, 70115
1-800-275-8777
n|a

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.   Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | USPS |
| Street Address | 2000 Louisiana Ave |
| City and County | New Orleans  Orleans |
| State and Zip Code | Louisiana , 70115 |
| Telephone Number | |

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Other federal law *(specify the federal law)*:

☐   Relevant state law *(specify, if known)*:

☐   Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes (check all that apply):

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts (specify): _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

1/3/2019

C.    I believe that defendant(s) (check one):

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my (check all that apply and explain):

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age (year of birth) _____ (only when asserting a claim of age discrimination.)
- ☐ disability or perceived disability (specify disability) _____

E.    The facts of my case are as follows. Attach additional pages if needed.

☑ Retaliation

USPS has a no tolerance policy for bullying and harassment I Nadia Wrote on 12/15/18 reported these acts to Sophia Stampley and was fired shortly after, on 1/3/19 j got job back as a result of illegal termination on 3/6/19, was already over probationary period

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

2|6|20

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☑   issued a Notice of Right to Sue letter, which I received on *(date)*    2|6|20

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.

☐   less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

– Backpay of lost wages for 2 months I was terminated – cost 9000.00
– 200000.00 for mental anguish and punitive damages
– management reprimanded

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   5/6/20

Signature of Plaintiff

Printed Name of Plaintiff   Nadia Winston

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

National EEO Investigative Services Office

 **UNITED STATES**
**POSTAL SERVICE**

February 06, 2020

## UNITED STATES POSTAL SERVICE
## EQUAL EMPLOYMENT OPPORTUNITY CASE
## IN THE MATTER OF:

Nadia Winston
916 Patton Lane
Westwego LA 70094-3714
Complainant,

Vs.

Megan J. Brennan
Postmaster General
Respondent
Southern Area
U.S. Postal Service

USPS Tracking # Complainant : 9114 9023 0722 4362 6807 13

EEOC Case No. : 460-2019-00221X
Agency Case No : 4G-700-0048-19
Date Filed : 03/30/2019

## NOTICE OF FINAL ACTION

In accordance with Title 29, Code of Federal Regulations, Part 1614.110(a), this is the U.S. Postal Service's Notice of Final Action in your complaint of discrimination identified above.

On January 31, 2020, Administrative Judge Erania Ebron of the Equal Employment Opportunity Commission (EEOC) issued a decision that was received by the Postal Service on January 31, 2020.

I have reviewed the entire record, including the investigative file and I agree with the Administrative Judge that you have not shown that you were the victim of illegal discrimination. Consequently, I have decided to implement the decision of the AJ.

### APPEAL TO THE EEOC

You have the right to appeal the Postal Service's final decision to the Director, Office of Federal Operations, within 30 calendar days of your receipt of this decision. You may file your appeal by several alternative methods. You may use the EEOC's Public Portal located at https://publicportal.eeoc.gov/, where you can also upload selected documents, and manage your personal and representative information. You may mail your written appeal to the Director, Office of Federal Operations, Equal Employment Opportunity Commission, P.O. Box 77960, Washington, DC 20013-8960 or submit by facsimile to (202) 663-7022. If you elect to file an appeal by fax or mail you must use Form 573, a copy of which is enclosed. Any supporting statement or brief must be submitted to the EEOC within 30 calendar days of filing the appeal. If you use EEOC's Public Portal to file an appeal or submit a brief, you do not need to serve the agency. If you mail or fax your request for an appeal, you must also submit a copy of the appeal or brief to the National EEO Investigative Services Office, NEEOISO - FAD, USPS, P.O. Box 21979, Tampa FL 33622-1979 and submit proof to the EEOC that a copy of the appeal and any supporting documentation or brief were also submitted to the NEEOISO.

You are advised that, if you file your appeal beyond the 30-day period set forth in the Commission's regulations, you should provide an explanation as to why your appeal should be accepted despite its untimeliness. If you cannot explain why your untimeliness should be excused in accordance with 29 C.F.R. 1614.604, the Commission may dismiss the appeal as untimely.

Nadia Winston
Notice of Final Action

Page 2 of 2

## Right to File Civil Action

Alternatively, if you are dissatisfied with the Postal Service's final decision in this case, you may file a civil action in an appropriate U.S. District Court within 90 calendar days of your receipt of the Postal Service's final decision, within 90 calendar days of the EEOC's final decision on any appeal, or after 180 days from the date of filing an appeal with the EEOC if no final decision has been rendered. If you choose to file a civil action, that action should be captioned:

## NADIA WINSTON V. MEGAN J. BRENNAN, POSTMASTER GENERAL

You may request the court to appoint an attorney for you and to authorize the commencement of that action without the payment of fees, costs, or security. Whether these requests are granted or denied is within the sole discretion of the District Judge. Your application must be filed within the same 90-day time period for filing the civil action.

*Edwin Bermudez*

2/6/2020

EEO Services Analyst
PO Box 21979
Tampa FL 33622-1979

Enclosure: Appeal Form 573

cc: Erania Ebron, Administrative Judge
Houston District Office
1919 Smith Street, 7th Floor
Houston TX 77002-8049

Theresa M. Gegen
Southern / Dallas USPS Law Department
PO Box 227078
Dallas TX 75222-7078

## NOTICE OF APPEAL/PETITION - COMPLAINANT
### TO THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
OFFICE OF FEDERAL OPERATIONS
P.O. Box 77960
Washington, DC 20013

**Complainant Information: (Please Print or Type)**

| | |
|---|---|
| Complainant's name (Last, First, M.I.): | Winston, Nadia, A |
| Home/mailing address: | 911 Patton Lane |
| City, State, ZIP Code: | Westwego, LA, 70094 |
| Daytime Telephone # (with area code): | 504-669-4144 |
| E-mail address (if any): | arinae0502@rockethmail.com |

**Attorney/Representative Information (if any):**

| | |
|---|---|
| Attorney name: | |
| Non-Attorney Representative name: | |
| Address: | |
| City, State, ZIP Code: | |
| Telephone number (if applicable): | |
| E-mail address (if any): | |

**General Information:**

| | |
|---|---|
| Name of the agency being charged with discrimination: | USPS |
| Identify the Agency's complaint number: | |
| Location of the duty station or local facility in which the complaint arose: | Roy Rondeno Thptown Station |
| Has a final action been taken by the agency, an Arbitrator, FLRA, or MSPB on this complaint? | ✓ Yes; Date Received 2/6/20 (Remember to attach a copy) __ No __ This appeal alleges a breach of settlement agreement |
| Has a complaint been filed on this same matter with the EEOC, another agency, or through any other administrative or collective bargaining procedures? | __ No ✓ Yes (Indicate the agency or procedure, complaint/docket number, and attach a copy, if appropriate) EEOC 1460-2019-00221X |
| Has a civil action (lawsuit) been filed in connection with this complaint? | ✓ No __ Yes (Attach a copy of the civil action filed) |

**NOTICE:** Please **attach a copy of the final decision or order** from which you are appealing. If a hearing was requested, please attach a copy of the agency's final order and a copy of the Commission Administrative Judge's decision. Any comments or brief in support of this appeal MUST be filed with the EEOC and with the agency **within 30 days** of the date this appeal is filed. The date the appeal is filed is the date on which it is postmarked, hand delivered, or faxed to the Commission at the address above.

Please specify any reasonable accommodations you will require to participate in the appeal process:

| | |
|---|---|
| Signature of complainant or complainant's representative: | Nadia Winston |
| Date: | |
| Method of Service on Agency: | |
| Date of Service: | |

EEOC Form 573 REV 2/09

## LAEDdb_Intake_Fax

| | |
|---|---|
| **From:** | NIPTfax@ao.uscourts.gov |
| **Sent:** | Friday, May 8, 2020 3:49 PM |
| **To:** | LAEDdb_Intake_Fax |
| **Subject:** | Fax Received from CSID: - Pages received: 15 |
| **Attachments:** | FF59B484-B593-499A-B7C6-FF4818CADEAD-37750-IF.pdf |

```
Pages Received    : 15
Time Received     : Friday, May 8, 2020 at 3:48:27 PM Central Daylight Time
Duration          : 333
Remote CSID       :
DID               : 5043108159
```

TENDERED FOR FILING

MAY 08 '1

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

1

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

TIME RECEIVED          REMOTE CSID        DURATION   PAGES   STATUS
May 8, 2020 at 3:45:27 PM CDT              333        15      Received

# Office DEPOT. OfficeMax
## complimentary fax cover sheet

By sending this fax at Office Depot, Inc., the sender agrees not to use this fax to: (I) transmit material whose transmission is unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene, pornographic or otherwise objectionable; (II) create a false identity, or otherwise attempt to mislead others as to the identity of the sender or the origin of this fax; (III) post or transmit any material that may infringe the copyright, trade-secret, or other rights of any third party; (IV) violate any federal, state or local law in the location, or (V) conduct activities related to gambling, sweepstakes, raffles, lotteries, contests, ponzi schemes or the like.

Please note that Office Depot, Inc., does not review the contents of any fax sent using its services. The sender of this fax hereby agrees to indemnify Office Depot Inc., to the fullest extent of the law and for any and all claims, suits, or damages arising out or in connection with the request to send, or sending this fax.

local first page

$ 1.89    833071

long distance first page

$2.49    833081

international first page

$7.99    833191

local additional page

$ 1.69    456687

long distance additional page

$2.19    833091

international add'l page

$3.99    833201

number of pages including cover sheet: 15

attention to: Federal Courts          date: May 8 2020

company: N/A          from: Nadia Winston

phone #: 504-589-7751          email: arinae0502@rocketmail.com
fax #: 5043108159          winstonnadia 30@gmail.com
          senders phone #: 504-669-4144

comments: Tried to send via email on (3) attempts and Prose dept was unable to retrieve on May 6 2020 - Which is the deadline

TENDERED FOR FILING

MAY 08 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

2

INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| May 8, 2020 at 3:48:27 PM CDT | | 333 | 15 | Received |

# Office DEPOT. OfficeMax®
## complimentary fax cover sheet

By sending this fax at Office Depot, inc., the sender agrees not to use this fax to: (I) transmit material whose transmission is unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene, pornographic or otherwise objectionable; (II) create a false identity, or otherwise attempt to mislead others as to the identity of the sender or the origin of this fax; (III) post or transmit any material that may infringe the copyright, trade secret, or other rights of any third party; (IV) violate any federal, state or local law in the location. or (V) conduct activities related to gambling, sweepstakes, raffles, lotteries, contests, ponzi schemes or the like.

Please note that Office Depot, inc., does not review the contents of any fax sent using its services. The sender of this fax hereby agrees to indemnify Office Depot inc., to the fullest extent of the law and for any and all claims, suits, or damages arising out or in connection with the request to send, or sending this fax.

| local first page | long distance first page | international first page |
|---|---|---|
| $ 1.89   833071 | $2.49   833081 | $7.99   833191 |

| local additional page | long distance additional page | international add'l page |
|---|---|---|
| $ 1.69   456687 | $2.19   833091 | $3.99   833201 |

number of pages including cover sheet: _15_

attention to: _Federal Courts_     date: _May 8 2020_

company: _n/A_     from: _Nadia Winston_

phone #: _504-589-7751_     email: _arinae0502@rocketmail.com_
fax #: _504 310 8159_     _winstonnadia30@gmail.com_
                          senders phone #: _504-669-4144_

comments: _Tried to send via email on (3) attempts and Prose dept was unable to retrieve on May 6 2020 - which is the deadline_